JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT L. STORY, | ) | Case No. CV 13-04021-RGK (RZx) |
|---|---|---|
| Plaintiff(s), | ) | ORDER DISMISSING ACTION FOR WANT OF PROSECUTION |
| VS. | ) | |
| GEMINI MOTOR TRANSPORT, | ) | |
| Defendant(s). | ) | |

Mail directed by the clerk to plaintiff's (pro se) address of record has been returned undelivered by the Postal Service. Plaintiff has failed to notify the Court in writing of plaintiff's current address pursuant to Local Rule 41-6. The Court, therefore, dismisses the action for want of prosecution.

**IT IS SO ORDERED.**

Dated: July 12, 2013

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE